UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ALEX FREEMAN | CASE NO. 1:18-CV-400 - SEC. P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| CHARLES JOHNSON | MAGISTRATE JUDGE PEREZ-MONTES |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 5), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the complaint is **DISMISSED WITHOUT PREJUDICE** under Rule 41 of the Federal Rules of Civil Procedure.

**THUS DONE AND SIGNED**, at Shreveport, Louisiana, on this 23rd day of August, 2018.

_____
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA